# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **WARREN BERES and VICKI BERES,** | * | |
| **Plaintiffs,** | * | |
| **CLIFFORD F. SCHROEDER, et al.,** | * | |
| **Plaintiffs,** | * | |
| **GERALD RAY, et al.,** | * | |
| **Plaintiffs,** | * | **Nos. 03-785L, 04-1456L, 04-1457L, 04-1458L, 04-1459L, 04-1463L, 04-1464L, 04-1465L, 04-1466L, 04-1467L, 04-1468L, 04-1469L, 04-1471L, 04-1472L, 04-1473L, 04-1474L, 04-1476L** |
| **HENRY D. KLEIN, et al.,** | * | |
| **Plaintiffs,** | * | |
| **CLARENCE A. PETERSON, et al.,** | * | **Filed: December 6, 2006** |
| **Plaintiffs,** | * | |
| **RAYMOND SPENCER, et al.,** | * | |
| **Plaintiffs,** | * | |
| **DOUGLAS EDLUND,** | * | |
| **Plaintiff,** | * | |
| **ROBERT G. NELSON, et al.,** | * | |
| **Plaintiffs,** | * | |
| **PAUL MANNING,** | * | |
| **Plaintiff,** | * | |
| **EUGENE MOREL, et al.,** | * | |
| **Plaintiffs,** | * | |
| **PHYLLIS LANE,** | * | |
| **Plaintiff,** | * | |
| **ALEX A. RITZEN, et al.,** | * | |

**Plaintiffs,** *

**ESTATE OF PEARL WELCH, et al.,** *

**Plaintiffs,** *

**D. MIKE COLLINS, et al.,** *

**Plaintiffs,** *

**REID BROWN, et al.,** *

**Plaintiffs,** *

**WAVERLY HILLS CLUB, INC., et al.,** *

**Plaintiffs,** *

**ROBERT M. RUNDLE, et al.,** *

**Plaintiffs,** *

**v.** *

**UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * *

**O R D E R**

In response to the parties' request for an enlargement of time for defendant to file its response brief so that the parties may continue their attempts at resolution, the court **GRANTS** the parties' request. The defendant shall file its response brief on or before **Wednesday, December 13, 2006**.

The court reminds the parties that the schedule for the remaining briefs remains the same. The plaintiffs shall file their reply and opposition on or before **Friday, December 22, 2006**. The defendant shall file its reply on or before **Tuesday, January 9, 2007**.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**