# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**ROBERT M. RUNDLE, et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 04-1476L**
**Filed: May 15, 2007**

**O R D E R**

The court is in receipt of the parties' May 14, 2007 joint stipulation of dismissal in the above-captioned case. Pursuant to the joint stipulation of dismissal and RCFC 41(a)(1)(ii), the claims of Robert M. Rundle, Denise C. Rundle, Frederick Horvath and Karen Horvath are **DISMISSED**, with prejudice, with each party to bear its own costs, attorney fees and expenses. The clerk's office shall enter **JUDGMENT** consistent with this order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**